[No. 23267. *En Banc.* July 2, 1931.]

CHARLES F. CLISE *et al., Appellants,* v. HARRY W. CARROLL *et al., Respondents,* M. A. ZIONCHECK *et al., Interveners-Respondents.*[1]

*Preston, Thorgrimson & Turner, George Donworth,* and *Philip D. Macbride,* for appellants.

*A. C. Van Soelen* and *J. Ambler Newton,* for respondents Harry W. Carroll and H. L. Collier.

*John F. Dore* and *William A. Gilmore,* for interveners-respondents.

PER CURIAM.—One of the judges of this court being incapacitated and absent on account of illness, this case was argued to the remaining eight judges sitting *En Banc.* These eight judges are divided in their opinions and there is no majority either for affirmance or for reversal.

Therefore the judgment of the lower court stands affirmed.

[No. 23294. *En Banc.* July 2, 1931.]

FRANK EDWARDS, *Appellant,* v. HARRY W. CARROLL, *as City Comptroller, et al., Respondents,* MARION A. ZIONCHECK *et al., Interveners-Respondents.*[2]

*Peters, Evans & McLaren, Eggerman & Rosling,* and *Kennedy & Schramm,* for appellant.

*A. C. Van Soelen* and *J. Ambler Newton,* for respondent Harry W. Carroll.

*John F. Dore* and *William A. Gilmore,* for interveners-respondents.

PER CURIAM.—One of the judges of this court being incapacitated and absent on account of illness, this case was argued to the remaining eight judges sitting *En Banc.* These eight judges are divided in their opinions and there is no majority either for affirmance or for reversal.

Therefore the judgment of the lower court stands affirmed.

[1]Reported in 300 Pac. 1047.
[2]Reported in 300 Pac. 1048.